**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C 06-3876 SI |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE DISMISSAL** |
| v. | |
| K & K CRANE RENTAL SERVICES, INC., et al., | |
| Defendants. | |

On September 18, 2006, this Court granted plaintiffs' application to vacate the pending Case Management Conference and ordered plaintiffs to file their motion for default judgment within 60 days – that is, by November 17, 2006. Nothing further has been done or filed in this action, and no extensions of time have been sought.

**Plaintiffs are therefore ORDERED TO SHOW CAUSE in writing filed no later than March 28, 2007, why this action should not be dismissed for failure to prosecute.**

**IT IS SO ORDERED.**

Dated: March 19, 2007

SUSAN ILLSTON
United States District Judge