TRACY L. MAINGUY, Bar No. 176928
OPERATING ENGINEERS LOCAL UNION NO. 3 TRUST FUNDS- MULTI-SERVICES
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., <br><br> Plaintiffs, <br> vs. <br><br> K & K CRANE RENTAL SERVICE, INC. et al., <br><br> Defendants. | Case No.: C 06-3876 SI <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; ORDER THEREON** |

//////

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER THEREON;
Case No. C 06-3876 SI

- 1 -

NOTICE IS HEREBY GIVEN THAT PURSUANT to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss the above-captioned action without prejudice as to Defendants, and each of them. Defendants were served with the complaint and summons relating to this matter, but have not answered. The audit liability sought in the complaint has been paid by the Defendants.

RESPECTFULLY SUBMITTED.

Dated this ___ day of March of 2007

OPERATING ENGINEERS LOCAL UNION
NO. 3 TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY
ATTORNEY FOR PLAINTIFFS
OPERATING ENGINEERS TRUST
FUNDS

Based upon the above and pursuant to Federal Rule Of Civil Procedure 41(a), this matter is dismissed without prejudice as to Defendants.

Dated:

_____
SUSAN ILLSTON
HON. UNITED STATES DISTRICT JUDGE